IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY PRATT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-202E |
| | ) | |
| v. | ) | Judge Joy Flowers Conti |
| | ) | Magistrate Judge Caiazza |
| MICHELLE DIGGS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Jeffrey Pratt's civil rights complaint was received by the Clerk of Court on September 7, 2006, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Pratt filed an amended complaint on September 27, 2006, and a letter motion seeking a preliminary injunction. The Magistrate Judge's Report and Recommendation, filed on December 20, 2006, recommended that the Motion for Preliminary Injunction filed by Pratt be denied. The parties were allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail delivered to the State Correctional Institution at Albion. Objections were due on or before January 8, 2007. None have been filed.

After de novo review of the pleadings and documents in the

case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 17th day of January, 2007,

IT IS HEREBY ORDERED that the Motion for Preliminary Injunction (Doc. 6) is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 18), dated December 20, 2006, is adopted as the opinion of the court.

s/Joy Flowers Conti
Joy Flowers Conti
U.S. District Court Judge

cc: Jeffrey Pratt
    BC-8580
    SCI Albion
    10745 Route 18
    Albion, PA 16475-0004